IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GRADY A. LEE, SR., # 171 618, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-CV-1180-WKW |
| | ) | |
| KIM THOMAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

On January 12, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 8.)  Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and that:

1. Plaintiff's motion for preliminary injunction (Doc. # 1) is DENIED.

2. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 4th day of February, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE