IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GRADY A. LEE, SR.,                      )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )       CASE NO. 2:14-CV-1180-WKW
                                        )                [WO]
KIM T. THOMAS, *et al.*,                )
                                        )
        Defendants.                     )

## <u>ORDER</u>

On October 31, 2017, the Magistrate Judge filed a Recommendation (Doc. # 21) to which no timely objections have been filed.  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1.      The Magistrate Judge's Recommendation (Doc. # 21) is ADOPTED;

2.      Defendants' motion for summary judgment (Doc. # 14) is GRANTED;

3.      The costs of this proceeding are taxed against Plaintiff.

A final judgment will be entered separately.

DONE this 30th day of November, 2017.

                            /s/ W. Keith Watkins
                    CHIEF UNITED STATES DISTRICT JUDGE